




United States District Court
Eastern District of California

SEP 30 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ________ DEPUTY CLERK

Teamsters Local 87, et al.

Plaintiff(s)

V.

Aramark Uniform & Career Apparel, Inc.

Defendant(s)

Case Number: 1:21-cv-01102-NONE-EPG

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Lauren M. Emery hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Respondent Aramark Uniform & Career Apparel, LLC

On 12/12/2019 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

AmeriPride Services, LLC et al. v. Teamsters Local 87, et al., Case No. 1:21-cv-00969-NONE-EPG (application submitted 06/29/2021; application granted 06/29/2021)

Date: 09/28/2021

Signature of Applicant: /s/ Lauren M. Emery

**Pro Hac Vice Attorney**

Applicant's Name: Lauren M. Emery

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 1111 Pennsylvania Avenue, NW

City: Washington State: DC Zip: 20004-2541

Phone Number w/Area Code: (202) 739-5203

City and State of Residence: Washington, DC

Primary E-mail Address: lauren.emery@morganlewis.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Seth M. Gerber

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 2049 Century Park East, Suite 700

City: Los Angeles State: CA Zip: 90067-3109

Phone Number w/Area Code: (310) 255-9111 Bar # 202813

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/30/21

JUDGE, U.S. DISTRICT COURT