**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES, LLC and ARAMARK UNIFORM & CAREER APPAREL, LLC,<br><br>                      Plaintiffs,<br>v.<br>TEAMSTERS LOCAL 87, TEAMSTERS LOCAL 137, TEAMSTERS LOCAL 386, and TEAMSTERS LOCAL 431,<br><br>                      Defendants.<br>TEAMSTERS LOCAL 87, TEAMSTERS LOCAL 137, TEAMSTERS LOCAL 386, and TEAMSTERS LOCAL 431,<br><br>                      Petitioners,<br>v.<br>ARAMARK UNIFORM & CAREER APPAREL, INC.,<br><br>                      Defendant. | **Lead Case No.: 1:21-cv-00969-JLT-EPG**<br>**Member Case No.:  1:21-cv-01102-JLT-EPG**<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO AMEND CAPTIONS** |

On July 20, 2023, the parties submitted a joint stipulation to amend the captions in these two consolidated cases consistent with the Court's July 5, 2023 order (Dkt. 45) dismissing all claims pertaining to Teamsters Local 137 and Teamsters Local 431.

Accordingly, IT IS ORDERED as follows:

1. The caption of the Lead Case (Case No. 1:21-cv-00969-JLT-EPG) shall be amended to name only Teamsters Local 87 and Teamsters Local 386 as defendants.

2. The caption of the Member Case (Case No. 1:21-cv-01102-JLT-EPG) shall be amended to name only Teamsters Local 87 and Teamsters Local 386 as petitioners.

IT IS SO ORDERED.

Dated:  **July 21, 2023**

                                                             _/s/ Jennifer L. Thurston_
                                                     UNITED STATES DISTRICT JUDGE